IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GORDON EUGENE STROPE
a/k/a Michael Lee Strope,

        Plaintiff,

vs.                                                Case No.  04-3204 JTM

DAVID McKUNE, et al.,

        Defendants.

MEMORANDUM AND ORDER

      This matter comes before the court on plaintiff Gordon Eugene Strope's Motion for Leave to Appeal In Forma Pauperis. (Dkt. No. 130). Plaintiff maintains that he is filing his appeal in good faith and to seek justice. In support of his motion, plaintiff submits a Kansas Department of Corrections' Current Bank Status form. For good cause, the court grants plaintiff's motion.

      IT IS ACCORDINGLY ORDERED this 24th day of September, 2009, that the court grants Strope's motion for leave to appeal in forma pauperis for the reasons set forth herein.

                                                              s/ J. Thomas Marten
                                                              J. THOMAS MARTEN, JUDGE